UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

LOUIS PSIHOYOS,

      Plaintiff,

-against-

LG ELECTRONICS U.S.A., INC.

      Defendant.

Case No. 1:12-CV-01485 (JPO)

**ECF Case**

### APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: LG Electronics U.S.A., Inc.

Dated: March 29, 2012            Respectfully submitted,

                                                                                s/ Paul M. Fakler
                                                  Paul M. Fakler (PF0249)
                                                  Arent Fox LLP
                                                  1675 Broadway
                                                  New York, New York 10019
                                                  E-Mail: fakler.paul@arentfox.com
                                                  Telephone: (212) 484-3900
                                                  Facsimile: (212) 484-3990

TECH/1107517.1